UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21517-CIV-SINGHAL

ANDRES SORIANO,

       Petitioner,

v.

WARDEN, Krome Service Processing Center,
U.S. Immigration and Customs Enforcement,

       Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's second Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (the "**Amended Petition**").  (DE [4]).  Petitioner filed his initial petition for habeas corpus on March 6, 2026 (DE [1]), which this Court denied without prejudice as facially insufficient.  (DE [3]).  Petitioner subsequently filed the instant, untimely Amended Petition.  Like the initial petition (DE [1]), the Amended Petition is likewise factually undeveloped and does not allege facts that could support relief.  *See generally* (DE [4] (failing to allege the factual circumstances of Petitioner's detention or explain how the cited legal authority applies to Petitioner)).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Amended Petition (DE [4]) is **DENIED**.  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** all pending motions.  Should Petitioner in the future be able to allege and develop facts that support his claim for relief, he must file a new case with a new case number and inform the Clerk of Court that the new case is related to this one.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF